

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2014

No. 04-13-00759-CV

Carolyn Jane **BABBITT**,
Appellant

v.

Ronald Hugh **BELOW**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 64
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellee's first motion for extension of time to file her brief is GRANTED. Appellee's brief is due on **May 9, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2014.

_____
Keith E. Hottle
Clerk of Court